\*\*E-Filed 4/19/2011\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| AURORA LOAN SERVICES, LLC.,<br><br>                      Plaintiffs,<br><br>      v.<br><br>JESSIE TORRES,<br><br>                      Defendant. | Case Number 5:11-cv-0586 JF/PSG<br><br>ORDER[1] ADOPTING REPORT AND RECOMMENDATION TO REMAND TO STATE COURT |

      Defendant removed this action from the Santa Clara Superior Court. On February 11, 2011, Magistrate Judge Paul S. Grewal ordered that the case be reassigned to a district judge with a recommendation that the case be remanded to state court based on a lack of subject matter jurisdiction. While Defendant contends that removal is proper based on diversity of citizenship, Judge Grewal correctly concluded that the damages sought in Plaintiff's unlawful detainer action do not exceed $75,000. No party has objected to the recommendation.

      Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and Civil L.R. 72-3, this Court concurs with and adopts in its entirety Judge Grewal's Report and Recommendation. Accordingly, the action will be remanded to the Santa Clara Superior Court based on a lack of subject matter jurisdiction. The Clerk shall close the file.

---

    [1] This disposition is not designated for publication and may not be cited.

1   IT IS SO ORDERED.

2   DATED: April 19,2011

3   _____
    JEREMY FOGEL
    United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 05:11-cv-0586 JF/PSG
ORDER ADOPTING REPORT AND RECOMMENDATION TO REMAND TO STATE COURT
(JFLC3)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| AURORA LOAN SERVICES, LLC., <br><br>　　　　　　Plaintiffs, <br><br>　　　　v. <br><br>JESSIE TORRES, <br><br>　　　　　　Defendant. | Case Number 5:10-cv-04000 JF/PSG <br><br> CERTIFICATE OF SERVICE |

　　　I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

　　　On April 19, 2011, I served a true and correct copy of the attached document to each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:

Jessie Torres
37A Union Street
San Jose, CA 95110

DATED:   April 19, 2011　　　　　　　　　　For the Court
　　　　　　　　　　　　　　　　　　　　　Richard W. Weiking, Clerk


　　　　　　　　　　　　　　　　　　　　　By:  _____/s/_____
　　　　　　　　　　　　　　　　　　　　　Diana Munz
　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk

Case No. 05:11-cv-0586 JF/PSG
ORDER ADOPTING REPORT AND RECOMMENDATION TO REMAND TO STATE COURT
(JFLC3)